**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
                                                              :
In re:                                                        : Chapter 11
                                                              :
EHT US1, Inc., et al.,                                        : Case No. 21-10036 (CSS)
                                                              :
              Debtors.¹                                       : (Jointly Administered)
------------------------------------------------------------- x
ASAP INTERNATIONAL HOTEL, LLC, on behalf                      :
of itself as former Manager of ASAP Cayman                    :
Atlanta Hotel LLC and on behalf of the former                 : Adv. Proc. No. 21-50457 (CSS)
members of ASAP Cayman Atlanta Hotel LLC,                     :
                                                              :
              Plaintiffs,                                     :
                                                              :
       v.                                                     :
                                                              :
SKY HARBOR ATLANTA NORTHEAST, LLC,                            :
                                                              :
              Defendant.                                      :
------------------------------------------------------------- x
```

### **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

It is hereby stipulated and agreed by counsel for the Plaintiffs and counsel for the Defendant that the current deadline for the Defendant to file an answer or other response to the *Complaint* [Adv. D.I. 1] filed in the above-captioned adversary proceeding be extended from June 16, 2021 to July 14, 2021.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Real Estate Investment Trust (7734); Eagle Hospitality Trust S1 Pte. Ltd. (7669); Eagle Hospitality Trust S2 Pte. Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6450); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (9915); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 3 Times Square, 9th Floor New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

Dated: June 7, 2021

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **THE ROSNER LAW GROUP LLC** |
| */s/ G. David Dean* | By: */s/ Jason A. Gibson* |
| Seth Van Aalten (admitted *pro hac vice*) | Frederick B. Rosner (DE 3995) |
| G. David Dean (No. 6403) | Jason A. Gibson (DE 6091) |
| Justin R. Alberto (No. 5126) | 824 N. Market Street, Suite 810 |
| 500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 777-1111 |
| Telephone: (302) 652-3131 | Email: gibson@teamrosner.com |
| Facsimile: (302) 574-2103 | |
| Email: svanaalten@coleschotz.com | -and- |
|       ddean@coleschotz.com | |
|       jalberto@coleschotz.com | **PLATZER, SWERGOLD,** |
| | **GOLDBERG KATZ & JASLOW, LLP** |
| - and - | Clifford A. Katz |
| | 475 Park Avenue South - 18th Floor |
| **PAUL HASTINGS LLP** | New York, New York 10016 |
| Luc A. Despins (admitted *pro hac vice*) | Telephone: (212) 593-3000 |
| G. Alexander Bongartz (admitted *pro hac vice*) | Email: ckatz@platzerlaw.com |
| Shlomo Maza (admitted *pro hac vice*) | |
| 200 Park Avenue | *Counsel for ASAP INTERNATIONAL HOTEL,* |
| New York, NY 10166 | *LLC* |
| Telephone: (212) 318-6000 | |
| Facsimile: (212) 319-4090 | |
| Email: lucdespins@paulhastings.com | |
|       alexbongartz@paulhastings.com | |
|       shlomomaza@paulhastings.com | |
| | |
| *Counsel to Debtors and Debtors in Possession* | |